UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MORALES, | Case No. CR 10-00351-ODW-19 ** |
| Petitioner, | CV 16-04455-ODW |
| v. | ORDER REQUIRING RETURN TO § 2255 MOTION |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Based upon Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed herein and good cause appearing:

IT IS HEREBY ORDERED that the United States Attorney file a return to the motion **on/or before July 12, 2016**, accompanied by all records, and that respondent serve a copy of the return upon petitioner prior to the filing thereof.

NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES.

IT IS FURTHER ORDERED that if the petitioner desires to file a traverse to the return, **he shall do so by August 1, 2016**, setting forth separately: (a) his admission or denial of any new factual allegations of the return, and (b) any additional legal arguments.

1   IT IS FURTHER ORDERED that if any pleading or other paper
2 submitted to be filed and considered by the Court does <u>not</u> include
3 a certificate of service upon respondent, or counsel for
4 respondent, it will be stricken from this case and disregarded by
5 the Court.

6

7 Dated: June 24, 2016    _____
                                 OTIS D. WRIGHT, II
8                                United States District Judge

2