Fernando Morales,
Register No. 59060-112
Atwater
US Penitentiary
PO Box 019001
Atwater CA 95301

Petitioner PRO SE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| United States of America, | ) | Case No.: 2:16-cv-04455-ODW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Request to Withdraw Petition Filed Pursuant to 28 U.S.C. § 2241 |
| v. | ) | |
| Fernando Morales, | ) | |
| Defendant. | ) | |

    Comes now the petitioner, Fernando Morales, petitioner, Pro Se, who requests leave of this Court to *withdraw* and dismiss his petitioner filed pursuant to 28 U.S.C. § 2241 and which appears on the docket of this Court at document number 1, filed on June 21, 2016.

DATED: 1-10-17

                                                FERNANDO MORALES,
                                                Petitioner, Pro Se