UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-04455-ODW | Date | January 23, 2017 |
|---|---|---|---|
| Title | Fernando Morales v. United States of America | | |

JS - 6

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | None present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**   MINUTE ORDER  (IN CHAMBERS)

The Court is in receipt of defendant's REQUEST to Withdraw Petition Filed Pursuant to 18 U.S.C. section 2241 [14]. The Court GRANTS the request and orders this case be dismissed.

:   00

Initials of Preparer   se